IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 08-cv-00970-ZLW-KMT

CINDY L. JOHNSON,

    Plaintiff,

v.

ARROW FINANCIAL SERVICES, LLC, a Delaware limited liability company,

    Defendant

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on Plaintiff's unopposed Motion To Dismiss With Prejudice (Doc. No. 23; Aug. 11, 2008). In consideration thereof, it is

ORDERED that all claims in this case which were brought between Plaintiff and Defendant are dismissed with prejudice, each party to pay her or its own costs and attorney fees.

DATED at Denver, Colorado, this __13th__ day of __August__, 2008.

BY THE COURT:

_(signature)_
_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court